Denise G. Angeles, and
Maria Liberty Angeles, Pro Se
P.O. Box 210775
Chula Vista, CA 91921

FILED
08 MAY 29 PM 3:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE G. ANGELES and MARIA LIBERTY ANGELES, <br><br> Plaintiffs, <br><br> Vs. <br><br> AURORA LOAN SERVICES, HOMECOMINGS FINANCIAL SERVICES, MORTGAGEIT, INC., and WELLS FARGO BANK, NA <br><br> Defendants. | CASE NO. '08 CV 0951 DMS RBB <br><br> **EMERGENCY MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER** |

MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

1.

PlaintiffS further move this Honorable Court Ex Parte for a Temporary Restraining Order enjoining and restraining the named Defendants from selling at a foreclosure sale the subject property, presently scheduled for May 30, 2008 at 10:00 AM.

2.

Plaintiff will suffer irreparable injury if the foreclosure sale is not enjoined until plaintiff has a fair and adequate opportunity to have their claims heard. Plaintiffs may well have the right to rescind the subject mortgage loan transaction. 15

1  USC 1635 (f) provides for a three (3) year limitation. Further,
2  it is likely that plaintiff will prevail on their claims of
3  truth in lending violations as the potential violations are
4  numerous, as more fully and particularly set forth in
5  Plaintiff's Complaint.

6                              3.

7      In an abundance of caution and based upon legal and
8  equitable considerations, this Court should enter a Preliminary
9  Temporary Restraining Order to enjoin any foreclosure sale to
10 allow Plaintiff and Defendants to set forth their respective
11 claims.

12                             4.

13     This motion is filed on an emergency basis in that if the
14 foreclosure goes forward, that Plaintiff will lose the property,
15 possession of the property and all of their equity in the
16 property even if their claims are meritorious. Plaintiffs
17 request that the Court grant a Preliminary Temporary Restraining
18 Order Ex Parte prior to Defendants being heard in opposition as
19 there is no time to have Defendants heard prior to the sale,
20 which sale would cut off Plaintiffs rights. Plaintiffs further
21 request that the Court grant this Order without bond, as
22 plaintiffs are unable to provide a bond of any kind or type.

23                             5.

24     When the potential harm to the plaintiff is balanced
25 against the rights of the defendants, greater injury will be
26 inflicted upon plaintiff in the loss of their home and the
27 cutting off of their rights than upon defendants. Serious
28 questions are raised and the balance of hardship tips in the

favor of Plaintiffs, their hardship being greater, while the hardship on Defendants is lesser. Since the probability of success on Plaintiff's claim is likely and their hardship is greater, this Court should grant the Temporary Restraining Order.

6.

The public interest will be served by allowing plaintiff to remain in the home, preventing them from becoming homeless.

7.

Plaintiff has given notice of these proceedings to both Defendants and this request for a temporary restraining Order as evidenced by the certificate of service which accompanies this request.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant to them the following relief:

8.

Accept jurisdiction over the parties and the subject matter of this cause, and

9.

Enter a Preliminary Temporary Restraining Order enjoining and restraining any wrongful detainer action or writ of possession, and

10.

Grant the Preliminary Restraining Order without bond.

11.

Grant such other and further relief as the Court deems equitable, appropriate and just.

## VERIFICATION

We verify, under the penalty of perjury, that we have read the foregoing Motion for Temporary Restraining Order and that the facts and allegations contained therein are true and correct.

*[signature]*
Denise G. Angeles, Plaintiff
Pro Se
P.O. Box 210775
Chula Vista, CA 91921
(619) 572-0607

*[signature: Maria Liberty Angeles]*
Maria Liberty Angeles, Plaintiff
Pro Se
P.O. Box 210775
Chula Vista, CA 91921

5/29/2008
Date

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Temporary Restraining Order has been furnished by mail to Defendant AURORA LOAN SERVICES at 10350 Park Meadows Drive, Littleton, CO 80124, Defendant HOMECOMINGS FINANCIAL SERVICES at PO Box 79135, Phoenix, AZ 85062-9135, Defendant MORTGAGEIT, INC., at 8880 Rio San Diego Drive, Suite 250, San Diego, CA 92108 and to Defendant WELLS FARGO BANK, NA, at 2324 Overland Drive, Billings, MT 59102-6401 this 29th day of May, 2008.

_____
Denise G. Angeles, Plaintiff
Pro Se


_____
Maria Liberty Angeles, Plaintiff
Pro Se


_____5/29/2008_____
Date